CATHERINE C. MOTZ — DISMISSAL OF CASE !
DEAR J. BLAKE - ET AL. —                    TUE. APR. 19-2005
        I would only wish now that this CASE—

FILED _____ ENTERED
LODGED _____ RECEIVED
CA-00-3622-CCB
APR 29 2005
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States Court (Maryland)
out of Wicomico County Cir. Ct 97CR0541 call for
the LATIN expression "Non Obstante verdicto."
        Wouldn't you say [IF] you were promised [let us
say for the Record] worldly ADVANTAGE when a tele-
phone call came to you from A NASA RESEARCH scie-
ntist that being whom I knew it to be [Ms.-
JAYA BAJPAYEE] then?" Because of whom I am, and
also of who I knew her to be!    I would say that
was on to A advantage to the world.  More than a
Century Ago in cite as: Nicholson v. State 38 Md. 140
-(1873) this Court said that "it is very clear upon
all the authorities that if the CONFESSION of the
[ACCUSED] had been induced by any threat of harm,
or promise of Worldly Advantage held out to him...
it ought to be excluded; cite as: Taylor v. State 238-
Md. 424.// There is possibilities she may have had
eventually hired me to be a perfessional ESCORT.
Realize in the first place,  "I got her [Jaya] from
(point A) a dark desolate area [like] to (point B.) a
nice warm well lite area the SHERATON INN (Salisbury
Maryland viaRt. 13 Business) in a considerable duration
of time from the time her auto-mobile breaks
down,  till the time she takes a nice warm
shower at the Sheraton Inn Hotel.  We had dronk
wine together.
        Let me ask you this, where were you on
this questionable night of FRIDAY August 20, 1996?
At that point now, think back, did you EVEN AS much
AS think [JAYA] Ms. Bajpayee had been with Mr. McSheffry
then, and what would be the exaggerated thoughts of
the things taking place Esq. Jane C. Miller would be
telling you EXISTED AND WERE happening ELEVEN months EARLIER.

**SCANNED**

② ... I ... get a fair "Trial"? This is a RAPE-case! There is NO DNA. I took the plea of not guilty at my TRIAL. The prosecutor offered me a plea-bargain of (8) eight years, this was in 1997. Today I would be a free-man, I am still in PRISON. Also I observed my Const. Right to sit mute. What I am telling you now (5) five years ago I told a female correctional officer. Do you know what she Told me? She said "what a waste", then simply walked away. To get back, I could go as far to say Esq. Jone C. Miller was Stephen King - "that don't make it so though". On the night Jaya & I were alleged to have these psychical confrontations, there was much more VERBAL INTER-Actions between the two of us than could EVEN be imagined to exist. The point I am trying to make is the short-two-day, trial that occurred on Aug. 20 & 21 of 1997 can't even begin to explain the EMOTIONS [many] her and I had about each other. "Thus I should walk and never have had been found guilty. *[Author Susan Brown Miller coined the word "date RAPE." She was a author of a book about RAPE."] Additionally I had Realized she [Jaya] was a ELECTRONIC ENGINEER AND A college student formerly from the UNIVERSITY of Pittsburgh PA. and [then] currently a employee for NASA. The PROSECUTOR [Esq. Jone C. Miller] made the jury infer that only the kidnapping is taking place, and only the RAPE is taking place. It totally leaves little thought for the jury to involve the defense with saying "NO thats not right. She [Esq. Miller] is allowed to RANT ON AND ON, my Atty. C. Bruce Anderson's saying & doing nothing. I certainly consider it misrepresentation. I am not trying to Run Jaya in the ground (other that to say she is a LiAR), I am trying to Run my own attorney, the presiding Judge Richard D. Warren's quaint prejudice &

PAGE TWO

The Lower Courts decision in the ground because they are supposed to know what Justice is about and they don't know the LAW.

Look to page 79 of the trial-transcript on the 2nd day of TRIAL August 21, 1997. Lines No. 16 thru 25, Asst. States Atty. Jane C. Miller will stipulate for the Jury to read the Transcript of what is said. Its not a statement, its a recording of a private telephone conversation. She says its a statement. She don't / & won't say they are hearing the tape, because the jury can only read what they allege is being said. Its only the Ast. States Atty. Miller saying to read the statement, again its not a statement to the police but a un-announced Recording of a telephone conversation. Its only Esq. Miller saying read, please read. They don't get to hear the tape [if I told her I Raped her, it was simply sarcasm] its in-audible, So why is it even allowed to be a States' Exhibit? This woman asked me (43) forty-three times through the phone why did I Rape her. You could say I was simply EXPERIMENTing with a answer to her question so many times. It serves no purpose. If it was heard it would be exculpatory evidence [tending to clear of guilt or blame]. She's not dumb, she's smart she knows it's exculpatory. She tells the jury to read the written words that have allegedly came from the recording. Simply Mala-Fide Court-room tactics of the prosecutor. It's Esq. Jane C. Miller's last case in Wicomico Co. & she's furious. She wants to excel, she don't care about me or the truth. It's her job, "long gone" because just previous she had defended drug-king-pins from the Dominican Republic in Federal Ct., testifying against the State of Maryland.

Page (3) Three

She was fired on the first of Sept. 1997. Thats True Bill! These Three Dominicans made out serving alot less time. I was in county jail with them. One of which owned a pharmacy in the New York City area of Queens. They were TRANSPORT-ING large quantities of cocaine on Rt. 13 North thru Salisbury, Maryland via the BY-Pass. Subseq-uently a through a illegal search [ to hear Esq. Miller say it ] the Dominicans made out paying a lot less in fines. She got paid.

Back to my case - again they don't get to HEAR the tape, its IN-AudiBle the State Police have botched a booby-trap, [A recording (The jury won't hear it) I suggest she destroyed it]. Ask yourself why it's even a States Exhibit, the jury don't hear it, they read this alleged transcript from the tape I allege don't work on the day of the trial. I also allege it does not work now.

This is a case where there is no DNA, NO CORROBORATING WITNESS, And I have never confessed to have RAPED Ms. Jaya Bajpayee. If I had confessed why the day of the trial would I take the plea of "Not guilty".

Motion to Request A Mistrial, AMEND adding to CA-00-3622-CCB

REPLY TO:     4/13/35    #269860
          MR. Anthony J. McSheffry
          Western Correctional INST.
          13800 McMullen Hwy. SW
          Cumberland, Maryland
          21502

Page Four