IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY McSHEFFRY, #269860 :

    Petitioner,                        :

        v.                            : CIVIL ACTION NO. CCB-00-3622

WARDEN PATRICK CONROY and   :
THE ATTORNEY GENERAL OF THE
 STATE OF MARYLAND               :

    Respondents.                    :

**O R D E R**

On July 30, 2001, this court denied habeas corpus relief in the above-captioned action. A Certificate of Appealability was denied, and petitioner's appeal was dismissed on March 27, 2002.

Petitioner now seeks reconsideration of the case. (Paper No. 19). His dissertation of his version of the facts leading up to his conviction of rape presents no basis for reconsideration of the court's previous decision. Accordingly, IT IS this  19th  day of   July  , 2005, by the United States District Court for the District of Maryland, hereby ORDERED that:

    1.    Petitioner's motion for reconsideration (Paper No. 19) IS DENIED; and

    2.    The Clerk shall MAIL a copy of this Order to petitioner and shall PROVIDE a copy of same to counsel for respondents.

                                                     /s/
                                           Catherine C. Blake
                                           United States District Judge