Pg. 1

## Motion to Exonerate
### Paper No. 20  U.S.D.C. CCB-00-3622
### Wicomico Co. 97CR0541 – Salisbury, Md.

### Request to be Retried – Resentenced

Testimonial: The best way for me to tell you what happen is to say this; first of all I suffer from Autism, I'm Autistic – I've got a psychiatric disorder from childhood marked by withdrawl, preoccupation with fantasy, and language impairment. It was a result from a blow to the head with a baseball bat at age (6) six, to make things worse, at (21) twenty-one – at around seven-ty (70) miles-per-hour I had careen into the side of a vehicle at a intersection while intoxicated killing the driver of that vehicle, the prosecutor then was none other Richard D. Warren who prosecuted the case. I also suffer from MPD – multiple personality disorder.

I didn't get a fair-trial simply because **A.** All the Asst. States Atty. Jane C. Miller would do was continually play out of the judges hand – he was bias towards me. To the <u>trial</u> that mostly concerns this Petition, it was presided over twenty-years-(20) later-Aug. 20-21 1997 by Judge Richard D. Warren For the most part he was a prejudice judge, I ask that the high Court see him as such bias in-favor towards the prosecution. To him this trial was a joke, he must had been drunk on Ny-Quil (the cough medication). He retired in March 2000. He was a sleepy judge that wore glasses, I don't think he could see to well. All that (simply) Esq. Jane C. Miller could provide for the jury was a abstract view of the alleged

* I Respectfully Request today to be placed in a Mental Institute.

SCANNED

(1)

Pg. 2 / Motion to Exonerate
Paper No. 20   U.S.D.C. CCB-00-3622

crimes in question. To me, and maybe to you, thats not good enough without more evidence, its not justice — that I should be convicted. On the witness stand Ms. Bajpayee was allowed to speak on and on without my attorney then objecting to her rant when questioned by the Asst. States Atty.. <u>Thats lousy-misrepresentation.</u> Ms. Jaya Bajpayee [the victim] is a incredible liar.

 Please — remember everything is everything and if you don't see something, you have missed something totally important & special (perjury is a crime) in contrast to the subject (case) at-hand! (in re)

 Let me say it this way, first of all one thing I am other than simply the defendant is a eyewitness as much in re to what the (actions) truth was about, as much as the victim was. An <u>enigma</u> concerns this trial, think I don't know — I'm a eyewitness I refused to be a witness or testify on the stand, that was my right in the course of events. It was my attorneys advice, he was wrong!

 Esq. Jane C Miller along with this prejudice Judge — [Richard D. Warren] created this incredulously exaggerated farce where at first before the trial began I knew or thought I knew it was so very important to esp. PLEA INNOCENT, they had thrown every sexual offense in Md. Annotated Code against me. It seems fair to take one count at a time to trial. The kidnapping? Where is the proof. It's non-existent. The evidence isn't there, in contrast to support the guilty finding.

CCB-00-3622   Pg.3   MOTION TO EXONERATE
Paper No. 20

However at the same time it was my Attorney's (Esq. C. Bruce Anderson) in-capable Authority to suggest that I except the (8) eight-year-plea-bargain offered - since it was indeed in my best interest, other-wise he is guilty of Atty. misrepresentation. I had been offered this plea by my attorney from the prosecutor prior to the original trial May 5, 1997. **B.** Also As such I Respectfully request that my atty. Esq. Anderson be Reconsidered for a violation of ineffective-assistance of counsel. I feel as though Esq. Jane C. Miller is guilty of <u>suborned perjury</u> - telling this victim to lie - saying she was kidnapped. **C.** I ask that the High Court send this case back to trial, for another jury decision, and consider how I was harshly sentenced in the light of mostly non-existing evidence presented, and the totality of harm committed, plus the psyhical injuries and property damage done. **D.** Petitioner objects to charge [Notion] that a confession had ever been made during the course of my dilemma with the Courts & this Ms. Jaya Bajpayee.

[6] Criminal Law 1169.12   In case of <u>coerced confession</u>, risk that confession is unreliable, coupled with profound impact that confession has upon jury, requires reviewing court to exercize extreme caution before determining that admission of confession at trial was harmless.
*U.S.CA. Const. Amend. 5, 14. - Cite as 499 U.S. 279 Arizona v. Oreste Fulminante.

* Request that the charge of Kidnapping be dropped!

Sincerely Anthony McSheffery

\* I took the time to draw you especially AN Owl you could cut out And place on a black-background then frame to place in your office or elsewhere. I suffer dyslexia. I drew the owl!

Anthony McShutts 269860
— Respectfully submitted —



AJM