IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY MCSHEFFREY, #269860,
      Petitioner               :

v.                                   :    CIVIL ACTION NO. CCB-00-3622

WARDEN PATRICK CONROY, *et al.*,   :
      Respondents

## ORDER

Petitioner has filed a "Motion to Exonerate," seeking reconsideration of a July 30, 2001 decision denying his 28 U.S.C. § 2254 habeas corpus petition on the merits. (Paper No. 21). Petitioner recites certain "facts" which he claims demonstrate that the trial court and prosecutor were biased. He also claims to suffer from severe mental illnesses. Other allegations of error at trial also are alleged *See id.*

Petitioner's request, treated as a motion for reconsideration, is not timely filed. Fed.R.Civ.P. 60(b)(4) and (6) require that the motion be filed "within a reasonable time." The instant request, filed nearly four years after this court's decision, was not filed within a reasonable time.

Accordingly, IT IS this 12th day of October, 2005, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Petitioner's Motion for Exoneration (Paper No. 21), construed as a motion for reconsideration, IS DENIED; and

2. The Clerk MAIL a copy of this Order to Petitioner and provide same to counsel for Respondents.

_____
Catherine C. Blake
United States District Judge

**SCANNED**