Civil Action No.
CCB-00-3622

Dear Judge C. Blake

McSherry v Maryland

Would you please - could you please? Write Gov. Ehrlich and request that I be granted clemency! I don't mind being electronically monitored, or obeying the regulations of the Dept. of Parole & Probation. * I have a unswerving belief now that I was something more than I once was. I have always wrote, and drawn, but never quite so much as I do now. I simply don't smoke (since Aug. 2001) cigerates anymore. Thus I have learned to read & write. I don't mind being told where I can go, or I can't go, as long as I am free. I have recently wrote to the Governor Mon. Dec. 12.05. with that simple request. I also wrote to State Senator [J.L. Stotzfus] of the 38th District the following letter. I have included that letter for your convenience. "O," by the way have a MERRY CHRISTMAS! Its my hope you may write to the Governor and ask him to grant me clemency. My case seems to be obscure. I don't know much about law or I would of already been out of prison, none of my motions to the courts were timely received, thus basically denied. However I know I'm innocent and not guilty of what I've been accused. I've decided, its not any longer going to be a esoteric case [97CRD541] Wicomico Co. Cir. Ct..

I want to simply say, "I can't believe I'm still in prison." I know what I did, I know what they say I did - that I did not do. Jaya the prosecutor [Esq Jane C. Miller], cpl. Benton MSP, and the inauspicious Judge Richard D. Warren (retired Mar. 2000) & not to forget the extreme adverse publicity of the Salisbury "Daily Times". The newspaper that concerns me is Sat. Sept. 28. 1996. I have the original copy here in prison. The article is total slander. No more than a bald-faced allegation. To have had a change of venue was the only course of action to take, if I had been properly represented by my attorney then C. Bruce Anderson of Salisbury, Md.. It was my attorney's job then not only to make a issue of semen not being found to

PAGE 1

6

exist in the vagina of Ms. Jaya Bajpayee, but even further to explain how the presence of acid phosphate didn't exist. Cite as Aiken v. State 101-Md. App. 557. * I request DNA testing, to prove (esp.) there was no [HANKY-PANKY] in my case. This isn't a murder trial, there is no body here, there is no state's exhibit to prove a felony occurred, the trial also discounts any corroborating prosecution witness being present.

During the sentencing phase of my trial Nov. 18, 1997 my atty. again misrepresented me when he instructed me how it was so very important to show remorse to this alleged victim Ms. Jaya Bajpayee. The word confused me, so I actually lied and said I was sorry for something I didn't do (while standing at the Defense table next to Esq. Anderson). An I think, it threw the judge off. I almost know he actually gave me a more severe sentence from listening to me say how very sorry I was. This is a case where <u>ME</u> or anyone else should be freed on a lack of DNA evidence!

Most of all consider first of all I had a (8) eight-year-plea-bargain, now after (9) nine-years I'm simply requesting a conciliatory gesture from the Governor Robert L. Ehrlich, Jr.. Perhaps he will, I hope so! My attorney again misrepresented me when he failed to tell me the vast importance of excepting the plea of guilt. cite as Boria v. Keane 99 F3d. 492

"I truly did not kidnap & then rape Ms. Jaya Bajpayee!"

Mr Anthony McSheffry
D.O.C. #269860
Western Correctional Inst.
13800 McMullen Hwy. SW
Cumberland, Maryland
21502

* On my behalf please contact the Governor.

Sincere - Thanks
Anthony McSheffrey
DOB 10/29/54

Happy-New-Year

7