PAPER NO. 25

FEB. 1st - 06

Dear Judge Blake,

Criminal Action No. 97CR0541
McSHEFFRY V. MARYLAND
Civil Action No. CCB-00-3622

\* The duty of maintaining constitutional rights of a person on trial for his life rises above mere rules of procedure, and wherever the court is clearly satisfied that such violations exist, it will refuse to sanction such violations and will apply the corrective.

In the instant case, the trial court was fully advised by the undisputed evidence of the way in which the confessions had been procured. The trial court knew that there was no other evidence upon which conviction and sentence could be based. Yet it proceeded to permit conviction and to pronounce sentence. The conviction and sentence were void for want of the essential elements of due process, and the proceeding thus vitiated could be challenged in any appropriate manner. 297 U.S. 278
BROWN et al.
v.
STATE of MISSISSIPPI
No. 301

SCANNED

\*"Change your decision today!" — Please —

Mr. Anthony J. McSHEFFRY
D.O.C #269860
13800 McMullen Hwy. SW
Cumberland, Maryland
21502-5622

Respectfully Submitted,
Anthony J. McSheffry
D.O.C. #269860

— Thanks — AJ
(sobriquet \*)