IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY MCSHEFFREY, #269860,
    Petitioner      :

v.    :  CIVIL ACTION NO. CCB-00-3622

WARDEN PATRICK CONROY, *et al.*,  :
    Respondents

## **O R D E R**

Petitioner again seeks reconsideration of a July 30, 2001 decision denying his 28 U.S.C. § 2254 habeas corpus petition on the merits. (Paper No. 24). Petitioner contends that his confession was involuntary and should have been rejected by the trial court. *See id.*

Petitioner's request is not timely filed. Fed.R.Civ.P. 60(b)(4) and (6) require that the motion be filed "within a reasonable time." The instant request, filed nearly four years after this court's decision, was not filed within a reasonable time.

Accordingly, IT IS this  8th  day of  February , 2006, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Petitioner's request for reconsideration (Paper No. 24) IS DENIED; and

2. The Clerk MAIL a copy of this Order to petitioner and provide same to counsel for Respondents.

                                    /s/
                                Catherine C. Blake
                                United States District Judge