IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANTHONY McSHEFFRY, #269860 | * |
| Petitioner | * |
| | CIVIL ACTION NO. CCB-00-3622 |
| v. | * |
| WARDEN PATRICK CONROY et al. | * |
| Respondents | * |

\* \* \* \* \* \* \* \*

NOTICE OF SUBSTITUTION OF COUNSEL FOR RESPONDENTS

Please substitute Assistant Attorney General, Edward J. Kelley, Bar. No. 27039, for former Assistant Attorney General, Ann N. Bosse, as counsel for Respondents in the above-captioned case.  I certify that I am admitted to practice in this court.

Respectfully submitted,

J. JOSEPH CURRAN, JR.
Attorney General of Maryland

_____/s/_____
EDWARD J. KELLEY
Assistant Attorney General
Bar No. 27039

Office of the Attorney General
Criminal Appeals Division
200 Saint Paul Place
Baltimore, Maryland  21202
(410) 576-7964 (telephone)
(410) 576-6475 (telecopier)
ekelley@oag.state.md.us

Counsel for Respondents

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2006, a copy of the foregoing Notice of Substitution of Counsel, which was electronically filed on February 15, 2006, was mailed, first class, postage prepaid, to Anthony McSheffry, #269-860, Maryland House of Correction-Annex, P.O. Box 534, Jessup, Maryland  20794.

                                            /s/
                                  EDWARD J. KELLEY
                                  Assistant Attorney General

*G:\Kelleye\mcsheffry.notice.substitution.counsel.wpd*