# 3.million $ - LAWSUIT & LITIGATION for RELEASE    PAGE 1

FEB. 05, 06 | Motions 25 & 24a & INTRO    *1/10

Civil Action No. CCB-00-3622
CRIMINAL CASE NO. 97CR0541

#269860, A. McSHEFFRY v. MARYLAND & J. Bajpayee & Daily Times (PAPER)

DEAR Justices, etal. — AND RESPONDENTS:

Atty. General State of Maryland
200 St. Paul Place
Baltimore, Maryland
21202

2-13-06

* All parties were sent copies of this Litigation

SCANNED

Davis Ruark, States Atty.
P.O. Box 1006
Salisbury, Maryland
21803-1006

* Clerk, United States District Ct.
ATTN. Judge BLAKE
101 W. Lombard Street
Baltimore, Maryland
21201-2691

Clerk-Marks Bowen
THE Circuit Ct.
for Wicomico County
P.O. Box 198
Salisbury, Maryland
21803-0198

Certificate of Service

## Introduction

* I observed my Constitutional Rights, not to testify, then (Aug. 20, 1997) - Wicomico Co. Cir. Ct.; in Actuality Anything I said, has to be stricken (statements). Here are the facts, if you might not just already know them to exist. It's ironic (especially) as hell when you 'stop' happen to think, "what-exactly is justice?" Justice belongs to those with money; the more you have, the more justice you can buy. Once you take a system that is based on deceit, and you withhold exculpatory evidence, there can be no justice. It's a concept of checks and balances, fantasy-land. I can tell you that it is//has nothing to do with justice.

Anthony J. Shiffery  
v.  
MARYLAND

PAGE 2 of 10

D.O.C.
#269860

The date of my initial arrest 9-26-96 while at the State Police (MARYLAND) barracks E [in Salisbury, Md.], I was suprisingly misled by Cpl. Willie Benton in such a way as - he treated me like a mental patient, "he made promises he could get me help, psychiatric treatment!" All, if only I would simply talk about it, [(confess) to what I had been accused of - apparently. I felt like suddenly I was an expatriate and I had been made to disenfranchise [life it-self]. He insinuated I was a homo-sexual! /.Gov. Glendening then had been in office - who signed laws unfavorable to Ofc. Benton's verbal action! I felt threatened strange things would happen while I was handcuffed. What? Yes! SEX! He then aatchetd another pair in my face as I sat in a chair, while he stood over me ranting about inappropriate behavior! Coercion! Violence! I made involuntary confessions (saying almost anything) at the time as a result of the fear I felt, I said, "what are you talking about?" I thought he would hit me with the handcuffs! He said, "I'll make out just fine in prison!" I have never seen Cpl. Benton (MSP) in uniform.

\* According to the Constitution - U.S.A., a man cannot be compelled to testify against himself. Well if that is true? Then why - at a Motions-Hearing (Wicomico County Cir. Ct.) March 7, 1997 before J.- William B. Simpson, at my Atty.'s request (C. Bruce Anderson), was I denied that Motion to Suppress State's Exhibit No. 15 & No. 16, when truly it was me - vertually against myself only simply testifying indiscriminately, on my own telephone, at a presumed address. At the time I had not been on Parole or Probation. Katz v. U.S.A. 389 U.S. 347 // I see people all the time

come and go from this place, "I can't still believe I'm in prison." I know what I did, I know what they say I did - that I didn't do. Totally, a supposition trial.

LEGAL PETITION PLUS —— Consulting Attys., etal.

I need your help, maybe you'll understand why. Recently - I surely did like the article - I just read in the Baltimore Sun-Paper - thur. 12.29.05., it was excellent. The story was written about a Virginia serologist from 1973 to 1988. Mary J. Burton ran blood test on evidence collected from crime scenes throughout the state. It is a shame someone like her didn't work in Maryland (around the time I was charged - convicted - and sentenced), such a statuesque lady. Her remarkable effort in gathering evidence from individual cases has led to the EXONERATION of many men & women wrongfully convicted. // DNA evidence like semen & acid phosphate → DID IT EXIST THEN? NO! However subsequently I had BEEN charged, tried, and convicted. Why? Cite as Aiken v. State 101 Md. App. - 557/ The jury had found me guilty of 2nd degree rape. How? Her pants had NEVER been removed or pulled down. Do you think I had plead not guilty for nothing? I don't think the jury could understand the difference between 1st degree rape, 2nd degree rape, and attempted rape to realise the instruction of Judge Richard D. Warren (Retired 2000).

I actually believe in my heart if that same jury today would re-visit this case, with what they now know I would only be convicted of a 3rd or 4th degree sexual offense. Also the EVIDENCE that once existed then (would lay new light on an old case) & would simply prevent me from being convicted [in a new trial] of KIDNAPPING, it's

## MCSHEFFRY V. MARYLAND

simply too minuscule. Because of the circumstantial facts. Otherwise there is no evidence. Now stop and consider, did this victim (Ms. Jaga-Bajpayee) purposely not come forward to report this incident (allegation) until (5) five days later because of the sexual involvement with someone else at the time, including the true culprit. <u>A true victim of RAPE is going to immediately disclose the incident.</u> Was Jaga Bajpayee on drugs at the time, I think there is a strong possibility? Or, again was that the reason for her not to come forward, maybe both. Its certainly a scenario (the Defense Attorney) that the jury should of heard, amongst others since the <u>trial</u> should be amended/defense, and <u>take place again</u>, but truly there is a lack of prosecution-evidence.

* Again this Eulogy to Ms. Mary J. Burton was written by Julie Bykowicz of the Sun Staff. Burton had a habit of squirreling about evidence.

In my case if the crime scene had been throughly examined, they would have had discovered (possibly) scientific evidence [(especially) pubic hairs] and the likelyhood of blood or carpet-fibers & lint. <u>My complaint was there no official meticulous investigation done</u>, of the crime scene, my mitsubishi (described in the original-trial transcript) pick-up-truck. Surely if the extreme sexual confrontation had then taken place that Ms. Bajpayee testified to in court, knowingly - maybe 1, 2, or 3 even more pubic hair-fibers would be found to exist after a thorough investigation. I was given a sixty-year sentence, for what shoddy police-work. I deserve a new trial! The only HANKY-PANKY

that exist is in the make-believe, world of illusion, of Ms Jaga Bajpayee, & the (then) Asst. states Atty. Jane C. Miller. Now all I need is the distinguished reliability of a qualified lawyer to repeat some of what I'm now telling him or her. <u>Shoddy police work</u> is the action of what could of once resulted in a strong defense, it still may! * Counsel's handling of the case on the issue of sufficiency to the evidence to convict was incompetent. * Again, the pick-up truck (described location of the alleged sexual assault) was confiscated by the Maryland State Police 9-26-96 and taken to the Salisbury Police Barrack [E]. They had the oppurtunity then to do a proper crime scene investigation (the pants, the pick-ups interior, the panties she testified - once existed) of all this nothing was found to exist, there was no blood - no semen or pubic hairs from neither of us. The Court room drama & accusation - I discarded her panties, was false, made up. It all never went that far, it's all only melo dramatic testimony of Ms. Bajpayee. The Asst. States Atty. Jane C. Miller continually cued Ms. Bajpayee throughout her testimony - subsequently without my Atty's (Bruce C. Anderson) interruption, which I contend was in-effective assistance. At times I think he looked distraught.

  Take and consider if truly a woman was forced to engage in [un-wanted] sex with a stranger, and is repeatedly groped, naturally it is going to be the focus of the police investigator (cpl. Willie Benton) to especially take the time to hunt down pubic hairs of the victim, or eyewitnesses who may have seen something. There is absolutely nothing or no one to corroborate her story - except for a ambitious Asst. States Atty. Jane C. Miller - who was fired only

ONE (1) WEEK AFTER TRYING MY CASE. THATS A MALA-FIDE CONUNDRUM. (REMEMBER the Atty's statements & scenarios IN A TRIAL, OR NOT EVIDENCE!) Cite CASE Md. v. BOWERS 320 - Md. 416; PREJUDICIAL effect of counsel's deficient performance NEED NOT MEET PREPONDERANCE OF THE EVIDENCE STANDARD TO establish INEFFECTIVE ASSISTANCE OF COUNSEL.

Through the course of the trial it was especially important to bring-forth key eyewitnesses who <u>MAY HAVE OR HAD NOT</u> observed a situation - something unusual; like A specific defense witness my Attorney, turned away in COURT - the day of the trial, A MR. - David Wells, who worked that night at the Exxon Service Plaza, in Salisbury, Md.. "I am certain that he would of said in court, testifying that NEVER was this struggle, of me the defendant forcing Ms. Jaya Bajpayee into the MITSUBISHI (pick-up-truck), he was a KEY-DEFENSE-EYEWITNESS (with-in 100 feet) very near the location of the apparent abduction, at the Exxon Station. He stayed late that night well after it closed & AFTER WE Actually left, upon her own free volition. Never has the prosecutor found pubic hairs to exist from the vehicle, (not from her on me, or me on her) that her or the prosecutor could talk about, this is A MODERN AGE of DNA -DEOXYRIBO-NUCLEIC-ACID, why won't you hear about it in the COURT-ROOM? It not being there is in my favor! Cite <u>Bloodsworth v. MARYLAND</u>

* If there is any questions that you immediately have on your mind, write them down, mail me a letter, and I'll get you the answer. THE pants the panties they NEVER came down or off. On the contrary the BRA Jaya B. wore (in the EARLY MORNING hours) 9/21/96 was the color white, at trial they exposed a

MCSHEFFRY v. MARYLAND, FEB. 05-06                PAGE 7 of 10

forgery, a multi-colored BRA. I did take that off, I know - I was a eye-witness, I had full exposure of her breast. She admonished me she wanted $300.00 (three-hundred) dollars for a intimate sexual encounter. I did not force myself on her except to grope hideously at her breast. The court room scenario Jaya & the prosecutor tell is a total HOAX. Jaya had been driven (by me) to a remote location, but at her own volition, at her own conscious choice to do so. We had been drinking wine (Night Train, grape wine). She was simply a whore who thought I had the money to pay her, for the incomplete sexual-service, I didn't receive. When I told her I didn't have the money, on the way to the Sheraton Inn, she went berserk!

 I was convicted & sentenced to a sixty (60) year bit, in what was only a hyped-up-case [circumstantially based] totally on HEAR-SAY evidence (HE SAID - SHE SAID). I had the right to testify, I wish I had - I told my attorney the day of the trial, I wanted to testify, to say any other - he's a liar; I didn't and then it was the flimsy advise of my attorney, "please don't bother me now - with that, I'm not going to let you testify." This was Aug. 20, 1997 in Wicomico Co. Cir. Ct. // All of my testimony (BY DEPONENT) I give exist in these two motions 24a & 23a1, except for a few other which were previously entered into the courts, all in writing. // At my Post-Conviction Hearing - Oct. 1, 1999 - I was represented by Esq. Scott Whitney - from the Md. Public Defenders' office, I made the fact known to that Ct. about Atty. Anderson's objection too my testifying Aug. 20, 1997, but still I was given no relief.

MCSHEFFRY v. MARYLAND    FE3-05-06    PAGE 8 of 10

Now I think it's time, because of this and the lack evidence which is needed to convict, after serving nine -9 years & 4-four months in prison for what had only been a very minor sexual assualt, without further evidence to show cause-justification needed to convict me, I feel as though it is in the interest of justice and important [need to understand] specific un-due cost to taxpayers to house me in prison a waste (I'm rehabilitated). <u>Please take the time to fineback with questions, cynicism, your thoughts about this or that, etcetera.</u> Thus I feel most certainly, it is in the interest of justice for you to help me get EXONERATED, or please help me to receive clemency. What ever you wish to call it, it's freedom; it's life. I previously wrote a letter to Gov. Ehrlich. Will you write to? Vertually I've exhausted all my remedies in Ct. (court) — except to re-open a POST-CONVICTION HEARING,... Most lawyers would do it for a cut-throat, why not a rapist. This case (Ad-hoc), is totally ironic [incongruet], I had a eight-year plea-bargain, all along at the time while housed in Wicomico Co. Jail (before the trial) it was the advice of — comrades (some harden criminals) there for me to (go ahead) except the (8-year) PLEA. I was hard-headed, I knew I didn't do what I was accused of! Also I wasn't a veteran of the criminal justice system. A true career criminal would of excepted the plea, and been on the street last year 2005. My attorney [ESQ. Anderson] never did his best to persuade me to go with the plea-bargain. Citing Boria v. Keane 99 f3d. 492, I knew then, & I know now I wasn't guilty of what I was charged & the long list of criminal complaints filed. It

It was if they threw every slice of the pie (every sexual offense) in the Annotated (Md. Code) Law Book at the wall to see what would stick.

The kidnapping charge was simply bogus, meant (to fill in the cracks) to set the stage for the melodramatic scenarios that followed. ✻ It amounted to suborned perjury, by the prosecutor - Asst. State's Atty. Jane C. Miller early in the trial. With her telling Ms. Jaya Bajpayee to say she was grabbed (while testifying) around the neck [at the Exxon] then dragged to my Mitsubishi (pick-up-truck) and forced to remain inside. That's a total lie! Then driven to a remote location secluded by wilderness and sexually assualted. Again it was only a total lie, but still perjury is still a crime in Maryland that's punishable by up-to five-(5) years in prison. Subsequently it's the reason she won't recant - be honest - come clean & confess all. The real truth is only Jaya B. & I knew what happen during the questionable morning. Still today I can't understand the charges, where hardly hideous circumstances existed. Write to me. Express your doubts? Or interest.

Significant factors in considering the voluntariness of statements given over the telephone 9/26/96 should be considered. E. Davis v. North Carolina 384 U.S. 737; Mental Coercion.

In 62 Cal. 2d 436 Defendant contends, however that Malloy v. Hogan 378 U.S. 1, establishes that the comment rule violates the privilege against self incrimination. The state court found, however, that the privilege was not properly invoked. Petitioner was therefore committed to prison until he was willing to answer the questions. The United States Supreme Ct. reversed.

MCSHEFFRY V. MARYLAND  ) FEB.-05-06  Page 10 of 10

Holding that the Fourteeth Amendment guaranteed petitioner the Fifth Amendment's <u>privilege against self-incrimination</u> and that under the applicable federal standard, petitioner properly — asserted the privilege. The Fourteeth Amendment forbibs the state from coercing a confession. // I wasn't advised of my right to remain silent. (17) — The privilege against self-incrimination protects the defendant from assisting the prosecution in building its case against him.

✱ In the instant case, the trial court was fully advised by the undisputed evidence of the way in which the confessions had been procured. The trial court knew that there was no other evidence upon which conviction and sentence could be based. Yet it proceeded to permit conviction and to pronounce sentence. The conviction and sentence were void for want of the essential elements of due process, and the proceeding thus vitiated could be challenged in any appropriate manner. Motion No. 25 - 297 U.S. 278 Brown etal. v. Mississippi No. 301

Criminal Case No. 97CR0541 Wicomico Co. Cir. Ct. - Sal.Md.
Civil Action No. CCB-00-3622   Baltimore, Md.
✱ "<u>Change your decisions today!</u>"   - Please -

Mr. Anthony J. McSheffry
WCI - DOC # 269860
13800 McMullen Hwy. Sw.
Cumberland, Maryland
21502-5622

Respectfully Submitted,
Anthony J. McSheffry
D.O.C. # 269860
Thanks - RJ - sobriquet