IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY McSHEFFRY, #269860    :

   Petitioner,    :

      v.    : CIVIL ACTION NO.  CCB-00-3622

WARDEN PATRICK CONROY and    :
THE ATTORNEY GENERAL OF THE
 STATE OF MARYLAND    :

   Respondents.    :

## **O R D E R**

On July 30, 2001, this court denied habeas corpus relief in the above-captioned action. A Certificate of Appealability was denied, and petitioner's appeal was dismissed on March 27, 2002.

Petitioner again seeks reconsideration of the case. (Paper Nos 27 and 28). His dissertations of his version of the facts leading up to his conviction of rape presents no basis for reconsideration of the court's previous decision.

Accordingly, IT IS this  7th  day of   March  , 2006, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Petitioner's motions for reconsideration (Paper Nos. 27 and 28) ARE DENIED and

2. The Clerk SHALL MAIL a copy of this Order to petitioner and shall PROVIDE a copy of same to counsel for respondents.

                                            /s/
                                        Catherine C. Blake
                                        United States District Judge