Fri. Oct. 13, 2006              A. McSheffry vs. Maryland

---

In the United States District Court · For the District of Maryland

OCT 17 2006

Dear Judge Catherine Blake,

This is a very good & scrupulous letter in a sense meant to vindicate myself. I would wish that you would over-rule on any-other decision; a lower court would make in the case no. 97CR0541 out of Wicomico County (Salisbury) Maryland. Concerning these issue. I wish that my issues be favorably viewed.

Respectfully submitted,
Petitioner - Anthony J. McSheffry #269860

Anthony McSheffry 10-13-06

## Belated Certiorari | Request for Modification

Thus Comes now Anthony James McSheffry, Petitioner proceeding prose, who was once a Professional Truck Driver with a CDL-Rating M-216-067-367-832 while driving commercial vehicles he had never had a major accident. At the time of his arrest he was (42) forty-two - Sept. 25, 1996. Since that time he has remained in the custody of the Commissioner of Corrections.

A. The Petitioner is currently residing at the Western Corr. Inst., 13800 McMullen Hwy., Cumberland, Maryland 21502.

B. On Aug. 20 & 21, 1997 - Petitioner elected to have a Jury trial - resulting in (3) three felony convictions.

C. As a result of this Petition, and as a result of good cause shown, Petitioner prays upon this Court to:

(1) That the sentence be basically reduced by changing the (3) three consecutive sentences of (20) twenty years, into (3) three-concurrent (20) twenty-year sentences. I wish to remind the Honorable Court that Ernesto Miranda found guilty of Rape & Kidnap was sentenced to (20) twenty-years concurrently. Cite as - Miranda vs. Ariz. 384 US. 436; (Rule Violation 774(6)) cite as Wilson v. State & Dawson v. State 45 Md. App. 675, 17 Md. App. 316

(2) That the sentence be over-turned as a result of the 8th Amendment citing a excessive sentence of [sixty-years] being cruel & unusual punishment, and after having already served (10) ten years (to date) is sufficient to satisfy the Court with prominent release. At the (Trial-sentencing Nov. 18, 1997) Court denied... (McSheffry) Due process by sentencing him to a longer term based upon his not admitting guilt and instead pleading not guilty Johnson vs. State 21 Md. App. 214

## PORT RECOVERY

3809 East Lombard Street
Baltimore, Maryland 21224
Office    410-522-3746
Fax      410- 534- 8737
Program Director   443-324-7027

OCT 1 : 2006

August 16, 2006

Dear Mr. Anthony McSheffry;

We are pleased to hear about your interest in a new way of life. We are sending you an application for residence at Port Recovery. There is a $10.00 application fee for all applications we receive. We will participate with the courts in whatever manner they require. Please remember that you are responsible for any court costs or fees. We look forward to being a part of your recovery and hope to work with you in the future.

Sincerely,

Margot Green
Program Director

---

As it concerns - Petition for evaluation under the Health General - Article §8-505 through §8-507 of House Bill 295
* Submitted Aug. 27-2006 to Wicomico Co. Cir. Ct,

Anthony M Sheffry
D.O.C No. 269860

9/11/06
Judge Donald C. Davis
Denied to conduct evaluation

Case 1:00-cv-03622-CCB   Document 30   Filed 04/17/2006   Page 4 of 6

CASE NO. MCROSH V. STATE OF MARYLAND
Mt. Dist. Court ____ CASE # 15CR0541

MCSHEFFRY V. STATE OF MARYLAND
— PROCLAMATION MOTION —

Dear Judge,

One would not believe the gut-wrenching emotions & pain I have endured through-out the last Ten (10) years of my life spent in prison, for a rape & kidnapping I did not commit. The out-come of this trial was based on speculation and repeated scenarios of violence, melo-dramatic testimony of a witness testifying in court without a direct question before her. What is my atty. doing — he had stopped listening, he should of objected! Now I face a sixty (60)-year term of incarceration, meant to simply keep me behind bars for the rest of my natural life. It is everyday, I take time to commiserate my lonely and quite depressed feelings I have towards myself. I'm at a loss, and I'm more than saddened by the Courts past decisions concerning me. I want it to be noted that throughout the trial while testifying Jaya's remarks seemed only to be scripted. Again I am very adamant about the way I feel.

There seems to be some inconsistency in the law and the ways you perceive it. I suggest there certainly is discrepancy in our thoughts. First of all I wonder who is she to you (Jaya Bajpayee)? To me, she is a fucking liar & a thief. She stole (60) sixty-years of my life. Esquire Jane Miller (Aug. 20 & 21 -, 1997) suborned perjury, for whatever reason I'm not quite sure. Maybe it was to persevere over her own blight or blitz she created. For some reason she was through-done working in the State of Maryland as a prosecutor. Maybe you could shed or emit some thoughts on the subject. She as the Asst. States' Atty

(1)

Previously submitted to Wicomico Co. Court         Inmate ID No. 269860-

for Wicomico County was certainly a mitigating force in my case-trial. With her sudden repeated scenarios of once again lurid sexual manipulation, which I am testifying here (deponent had never been a result that evening, instead her bantered account of the questionable evening was only (ploy) a hoax for the Court to consider. In many ways JAYA was a puppet or scapegoat simply so Esq. Jane Miller could portray being a prosecutor. She knew that she was on the way out the door, concluded from practicing law in the State of Maryland, so she created lewd & illicit satire against me the petitioner. It could only mean less to her that she suborned perjury [telling Jaya Bajpayee (witness-victim) to lie and say she was virtually kidnapped]; groped, strangled - around the neck and dragged backwards then forced inside my Dodge-Ram pick-up-truck. All of this occurred at the beginning of the trial (when her testimony commenced). Believe me it [is] was not so. This was supposedly to have occurred before midnight Sept. 20 (Fri.) 1996 while at the Exxon on Rt. 12 near Salisbury, Md., trying to have her car repaired by me. At the time in the parking lot we had split a cool methodical bottle (pint) of [wine] Night-Train. All along this had been at her own volition to do so. I had a nice dark tan, "I was her cup-of-tea so to speak." She went for me. She testifies, she had no problem with freely dating me. That is in the trial transcript. * At all cost that's the main point of view (mens rea) I want reflected about this trial - Case No. 97CR0541.

②

\* Jaya's fiasco in the Courts strongly resembled a civil case where all that is needed to obtain a conviction is the preponderance of evidence!

Inmate ID No. 269860

Also it's important mentioning the small town of Salisbury, Md. & the excessive pretrial publicity I faced as a defendant. If by chance now you haven't read more about this case (content), and at the least understood those specific circumstances, then your a shabby judge to simply write denied every-time you see one of my letters. Fairness lies at the center of my dilemma. I realize Jaya Bajpayee had her problems, & no we didn't have sex, regardless of me groping her breast, that in itself was not entirely consensual however it is not RAPE. Jaya was impervious, and no there was not even a slight bit of penetration (digital or other-wise). Her pants (slacks) nor her panties (she said she couldn't find) had never been removed. While we were in the woods, she said, she couldn't have sex. I took "NO" for a answer, meaning NO. She did stipulate that we could go to the Sheraton Inn and make love in a bed! I don't know why she has lied repeatedly, went to the police, but she has somehow through anxiety, I would assume. Maybe it was because I didn't pay her the $300.00, but still we had never had sex. In court she testified, "this was eleven (11) months ago — meaning she was tired of it all, she wanted it to be over, she says, "she couldn't remember." (from page 153 of the trial transcript) The prosecutor Esq. Jane Miller badgered Jaya nagged and forced her to come to court. When Jaya did her best to duck the proceedings. Again I assume Esq. Miller threatened her. It's evident by her demeanor later

③

Inmate ID no. 269860

in the course of the trial. It's a fact she (Esq. Miller) used Jaya too delight in her own misgivings & make a mark on her perseverance in spite of the opposition & difficulties with her job. The prosecutor's office used me just like they used Jaya. It is called greed, avarice. Now I've suffered the consequences. I'm sorry things had not been different. One lie leads to another and since this contact and unsurmountable altercations with her my life has become intangled with the Division of Corrections, sadly enough. Ten years has gone by. Is it impossible to ever get a fair-trial? That is what this case calls for. What is your thoughts be explicit, give me some details. I'm entitled to a modification from a consecutive sentence of twenty years to one that is concurrent. Otherwise it is simply too much, life is too short, I'm a fifty-two year old man now, now I got a chance in society. I'm still strong I play basketball & jog, plus now I don't smoke and know why not to. "Think about it give it some thought. I would be at your mercy!" I have never-ever said I raped or kidnapped Jaya Bajpayee. She is especially a liar who had perjured her testimony. She might not be Pandora, but she is definitely banshee. Sir, I had a eight-year plea bargain. Citing Boria v Keane 99 F3d. 492 Instead [of taking it] he [Esq. C. Bruce-Anderson], he told me he thought we (he), could win this case, because of the evidence not being strong enough to prove rape or kidnapping – then he turned away one of the strongest witnesses the defense had, not to exclude Ms.

(4)   Inmate ID No. 269860

Ty wanna see installed at the Sheraton Inn, the Desk Clerk, but it was Mike Wells at the Exxon that night, who would of verifiably testified (being a cashier attendant), "there was no such action taking place that resembled an unwanted abduction." At the time he does at least maintain a distance of within thirty-five-yards. He was aware of a situation in the vicinity. We had both entered the store at the same time, and would of been considered to had been together - practicably. He certainly would of been a witness to such a ruckus. She had willingly entered my vehicle freely, at all times, under her own volition to do so. "That's a very amplified event, it would of drawn attention tantamount to a Ruck-us taking place. It never happen!" It was Esq. Jane Miller's way of lying, start right-out lying! My Atty. asked Jaya as a witness how often did she rehearse & collaborate the testimony they were about to give. Finally she said many times, at first her answer was once or twice. I won't deny Jaya is a thinker, and she — thought to lie basically. But still it is all the coroborating facts she need to obtain a conviction, so she had her lie, it was easier that way. How else could she obtain a conviction for RAPE without having no DNA, or witnesses or Truthful events transpiring. It's simply because one lie leads to another, and that's what Jaya Bajpayee got caught up in doing. Who else would put someone as hand-some as me behind bars for RAPE when it wasn't so, except for a fucking ROCKET-Scientist.

 Now & again, what difference does this all make that I write and try to litigate this case 97 CR0541, when your determined, in my mind, in denying my petition. It's like you are a cop on a fishing expedition, you've basically forgotten about me, just like all the crab-pots you once had. I'm like a good crab forgotten, trapped, doomed to extinction. Please don't forget these

⑤   Inmate ID No. 269860

ARE the significant issues I want/need represented. Not forgetting (prejudice) to mention the (RETIRED 2000) Honorable Judge (Richard Warren) who was/had been the prosecutor for Wicomico County some (20) twenty-years prior in a DWI-manslaughter conviction that got me prison time in 1976. With him it was unsettling that I didn't get more time before the Honorable Judge Pilot. Please take the time to reconsider (modify) this case on the merits of who I am today, and not who I once was. Modify the twenty (20)-year consecutive sentence to one that runs concurrently (20) twenty-years. "This trial has been a travesty of justice, there is no other words to explain it!" At anytime a Circuit Court Judge can modify my sentence in his discretion under Rule-4-345(b). Keep in mind - I didn't get Miranda Warnings, when the police (MSP-Cpl. Benton & Assoc.) started asking me questions through the telephone using (Jaya B.) her as a decoy or police-agent to (record) make-create Exhibit No. 15 & 16, Sept. 26, 1996 at around 5:34 PM. She was the aggressor, threatening me - with felony violations of (only) RAPE. Not of KIDNAPPING. Besides now that I think about it why didn't she mention the kidnapping allegations, if it were to have occurred? Such a pertinent feature in the trial. The phone call lasted every bit of (30) thirty minutes then some, but the tape only ran for exactly (30) thirty minutes. I remembered saying, "O, sure-yeah, I raped you!" The demeanor & tone of the statement is exculpatory. (It was sarcastic mannerism) meaning the contrary of what is expressed. What is important to realize, it not being on the tape, is that it makes it totally incomplete evidence. Therefore State's Exhibit No. 15 & 16 should of been suppressed evidence at a motions hearing March 7, 1997 like my Atty. C. Bruce Anderson asked. He just never said why! Ask yourself this; why didn't Cpl. Benton (MSP) mention that specific episode [the kidnapping] upon my arrest, the answer is simple neither he or Jaya Bajpayee nor the Asst. States Atty. Jane Miller had plotted yet to develope that story, (that took(11) eleven months to un-ravel.) Isn't that un-believable the trial was ironic - a total sham!

(6) INMATE ID No. 269860