IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANTHONY McSHEFFRY, #269860 | : |
| Petitioner, | : |
| v. | : CIVIL ACTION NO.  CCB-00-3622 |
| WARDEN PATRICK CONROY and THE ATTORNEY GENERAL OF THE STATE OF MARYLAND | : : |
| Respondents. | : |

## **O R D E R**

On July 30, 2001, this court denied habeas corpus relief in the above-captioned action. A Certificate of Appealability was denied, and petitioner's appeal was dismissed on March 27, 2002.

Petitioner again seeks reconsideration of the case. (Paper No. 30). His dissertations of his version of the facts leading up to his conviction of rape presents no basis for reconsideration of the court's previous decision.

Accordingly, IT IS this   7th   day of  November , 2006, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Petitioner's motion for reconsideration (Paper No. 30) IS DENIED

    and

2. The Clerk SHALL MAIL a copy of this Order to petitioner and shall PROVIDE a

    copy of same to counsel for respondents.

                                                                    /s/
                                                    Catherine C. Blake
                                                    United States District Judge .